**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SILVER MILLION**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| SILVER MILLION, | No.   2:19-cv-00815-EFB |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
|_____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 7, 2020.

This is a first extension, of 11 days, requested at 52 days after lodging of the administrative record. It is based on plaintiff's counsel's completing other work and being out of town for several days at the end of the year.

[Pleading Title] - 1

Dated: December 27, 2019         /s/   *Jesse S. Kaplan*
                                 JESSE S. KAPLAN
                                 Attorney for Plaintiff


                                 McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Counsel, Region IX
                                 Social Security Administration

Dated: December 27, 2019          */s/ per e-mail authorization*
                                 MARGARET BRANNICK-ABILLA
                                 Special Assistant U.S. Attorney
                                 Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted. Plaintiff shall file a motion for summary judgment by January 7, 2020.

SO ORDERED.

Dated: January 2, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE