**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SILVER MILLION**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| SILVER MILLION, | No.   2:19-cv-00815-EFB |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 8, 2020.

This is a second extension, of one additional day, requested because plaintiff's counsel had to produce three prehearing briefs last Thursday and another Monday, January 7, 2020. The latter, especially, severely interfered with the ability to complete the brief at the targeted time.

[Pleading Title] - 1

| | |
|---|---|
| Dated: January 7, 2020 | /s/ *Jesse S. Kaplan*<br>JESSE S. KAPLAN<br>Attorney for Plaintiff |
| | |
| | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Counsel, Region IX<br>Social Security Administration |
| Dated: January 7, 2020 | /s/ per e-mail authorization<br>MARGARET BRANNICK-ABILLA<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted. Plaintiff's motion for summary judgement filed on January 8, 2020 is deemed timely filed.

SO ORDERED.

Dated: January 9, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE